No. 690. JAMES TALCOTT, INC. *v.* IVOR B. CLARK CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Thomas B. Leary* and *David Hartfield, Jr.,* for petitioner. *Arthur S. Friedman* and *Hyman Frankel* for respondents.

No. 695. SIRBU ET AL. *v.* SIRBU. Sup. Ct. Ohio. Certiorari denied. *John R. Vintilla* for petitioners. *C. Kenneth Clark, Jr.,* for respondent.

No. 697. MORTON ET AL., TRADING AS PENNBROOK MILK CO. *v.* NATIONAL DAIRY PRODUCTS CORP. C. A. 3d Cir. Certiorari denied. *Frederic L. Ballard* for petitioners. *William H. Lowery* and *Owen B. Rhoads* for respondent.

No. 698. SCOTT ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Raymond J. Smith* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 699. LICAUSI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Allen David Stolar* for petitioner. *Solicitor General Griswold* for the United States.

No. 700. BASSICK CO. ET AL. *v.* BLAKE ET AL. C. A. 7th Cir. Certiorari denied. *Dugald S. McDougall* and *A. G. Douvas* for petitioners. *John D. Dewey* for respondents.

No. 709. THOMAS *v.* PETERSON MARINE SERVICE, INC. C. A. 5th Cir. Certiorari denied. *Charles R. Maloney* for petitioner.